


# Weg and Myers, P.C.

### ATTORNEYS AT LAW
### FEDERAL PLAZA
### 52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

CONNECTICUT AFFILIATE
LAW OFFICE OF
**BRIAN D. ROSENFELD**
18 RIVER STREET
NORWALK CT 06850
(203) 853-3888

August 17, 2010

NEW JERSEY AFFILIATE
LAW OFFICE OF
**MASELLI-WARREN, P.C.**
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

VIA HAND DELIVERY
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

**MEMO ENDORSED**

    Re:    Stephen Carb as Trustee of Lollytogs, Inc. Trust
           v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
           Our File No: 09-103

Dear Judge Fox:

    This firm represents Plaintiff Stephen Carb as Trustee of Lollytogs, Inc. Trust in the above-captioned action. The parties are currently scheduled to have a telephonic status conference with Your Honor tomorrow on August 18, 2010 at 12:00 p.m. I am writing to advise the Court that over the past several months the parties have actively engaged in settlement discussions and negotiations at the direction of Judge Berman. On August 6, 2010, Defendant's counsel made a new settlement offer. Unfortunately, my client is currently unavailable because he is traveling in Europe on business this week. Therefore, we are unable to effectively evaluate Defendant's settlement proposal at this time. Our office is currently scheduling a meeting to take place next week along with various representatives and shareholders of Plaintiff to discuss Defendant's proposal. Accordingly, given that the parties have demonstrated a strong interest in resolving this matter, there is reason to believe the parties can reach a settlement agreement without incurring the significant costs associated with discovery and trial. I have conferred with counsel for Defendant and the parties have agreed to respectfully submit this letter as a joint application for a two week adjournment of the August 18, 2010 telephonic status conference. No previous requests for adjournments have been requested by Your Honor.

8/17/10

*The telephonic conference scheduled previously for August 18, 2010, shall be held on September 8, 2010, at 10:30 a.m.*

SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully yours,

WEG AND MYERS, P.C.,

By _____
    Scott J. Kantor

cc: Via Email and Regular Mail
    Jay Cho, Esq.