

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN CARB,                                    :

                Plaintiff,             :        ORDER

               -against-                :        09 Civ. 2980 (RMB)(KNF)

LINCOLN BENEFIT LIFE COMPANY,       :

                Defendant.           :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference was held with counsel to the respective parties on September 8, 2010. Based on the discussion had during the conference, IT IS HEREBY ORDERED that:

1) the time for the parties to complete their pretrial discovery activities is enlarged from September 23, 2010, to November 5, 2010; and 2) on or before November 5, 2010, the parties shall submit a joint writing to the Court respecting the status of their efforts to resolve this litigation through the use of a private mediator.

Dated:  New York, New York           SO ORDERED:
          September 8, 2010

                                                             *Kevin Nathaniel Fox*
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE