# Weg and Myers, P.C.

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

NOV 12 2010

11/12/10

CONNECTICUT AFFILIATE
LAW OFFICE OF
**BRIAN D. ROSENFELD**
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

November 10, 2010

NEW JERSEY AFFILIATE
LAW OFFICE OF
**MASELLI-WARREN, P.C.**
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

<u>VIA HAND DELIVERY</u>
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

**MEMO ENDORSED**

      Re:    Stephen Carb as Trustee of Lollytogs, Inc. Trust
              v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
              Our File No: 09-103

Dear Judge Fox:

      This firm represents Plaintiff Stephen Carb as Trustee of Lollytogs, Inc. Trust ("Plaintiff") in the above-captioned action. The parties attended a private mediation session at JAMS yesterday. We write to inform you that the parties were unable to resolve this litigation through mediation. Accordingly, we respectfully request a Rule 16(b) conference be scheduled as soon possible for the purpose of entering into a revised pre-trial discovery scheduling order.

*[Handwritten endorsement: 11/12/10 — A telephonic conference, initiated by counsel to the plaintiff, shall be held on November 16, 2010, to discuss a schedule for completing all pretrial activities. The conference will begin at 10:30 a.m. SO ORDERED: /s/ Kevin Nathaniel Fox, KEVIN NATHANIEL FOX, U.S.M.J.]*

Respectfully yours,

WEG AND MYERS, P.C.,

By: _____
        Scott J. Kantor

cc:  Via Email and Regular Mail
      Jay Cho, Esq.