

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STEPHEN CARB, :

Plaintiff, :

-against- :

LINCOLN BENEFIT LIFE COMPANY, :

Defendant. :
-------------------------------------------------------X

ORDER

09 Civ. 2980 (RMB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on November 16, 2010. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. the parties shall make the initial disclosures required by Fed. R. Civ. P. 26 on or before December 17, 2010;

2. no additional parties shall be joined nor any pleadings amended after February 4, 2011;

3. all discovery, of whatever nature, shall be initiated so as to be completed on or before April 29, 2011;

4. a telephonic status conference will be held with the parties on March 29, 2011, at 2:00 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date;

5. any dispositive motion shall be served and filed on or before May 30, 2011;

6. the response to any dispositive motion shall be served and filed on or before June 13, 2011;

7. the reply shall be served and filed on or before June 20, 2011; and

8. if no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before May 30, 2011. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
November 17, 2010

SO ORDERED:

Kevin Nathaniel Fox

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE