UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN CARB AS TRUSTEE OF
LOLLYTOGS, INC. TRUST,

                   Plaintiff,

        - against -

LINCOLN BENEFIT LIFE COMPANY, INC.,

                   Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/10

09 Civ. 2980 (RMB) (KNF)

**ORDER**

     Based on the record herein, including Plaintiff's letters dated October 28 and December 6, 2010, and Defendant's letters dated October 27, November 22, and December 9, 2010, and without prejudice to the ultimate merits of this matter, the Court's September 11, 2009 order requiring Plaintiff "to pay into an escrow account . . . 'premiums in an amount required for a convertible policy,' **pending the resolution of this matter**" shall remain in effect.

     Premiums relating to the policies issued October 1, 1999 and November 8, 1999 shall continue to be paid into escrow on or before October 1 and November 8, respectively, of each year of this litigation.

     The parties are directed to appear before the Court for a status and settlement conference, with principals, on January 31, 2011 at 9:00 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The parties are instructed to engage in good faith settlement negotations prior to the conference.

Dated: New York, New York
         December 15, 2010



RICHARD M. BERMAN, U.S.D.J.