# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

**MEMO ENDORSED**
Pg.2

Writer's direct phone

(212) 218-5255

Writer's e-mail

jwcho@seyfarth.com

Writer's direct fax

(917) 344-1210

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/10



December 21, 2010

**BY HAND**

The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:    Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc.:
09-CV-2980 (RMB)(KNF)

Dear Judge Berman:

We represent defendant Lincoln Benefit Life Company Inc. ("Lincoln") in the above-captioned action. We write to respectfully request that the Court reschedule the settlement conference currently scheduled for Monday, January 31, 2011 at 9:00 A.M. to anytime after 12:00 P.M. on the same day for the reason set forth below.

Pursuant to Your Honor's Order, dated December 15, 2010, a principal of Lincoln, Alex Shimkus, intends to appear at the settlement conference on January 31. However, as Mr. Shimkus is travelling from Chicago, the current schedule requires Mr. Shimkus to either spend a night in New York on Sunday night or fly into New York very early on Monday morning. Accordingly, Lincoln would appreciate any accommodation Your Honor can make by rescheduling the settlement conference from 9:00 A.M. to anytime after 12:00 P.M. on January 31, 2011, so that Mr. Shimkus' travel to New York would not be overly burdensome.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

Jay W. Cho (JC 0102)

BRUSSELS    WASHINGTON, D.C.    SAN FRANCISCO    SACRAMENTO    NEW YORK    LOS ANGELES    HOUSTON    CHICAGO    BOSTON    ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK.



cc:   Scott J. Kantor, Esq.,
      Weg and Myers, P.C.
      Attorneys for Plaintiff
      Stephen Carb as Trustee of Lollytogs, Inc. Trust
      (Via Email and Regular Mail)

The conference on 1/31/11 is adjourned to 2/8/11 at 2:30 p.m.

SO ORDERED:
Date: 12/23/10

Richard A. Berman

Richard M. Berman, U.S.D.J.