# SEYFARTH SHAW LLP
ATTORNEYS



620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5255

Writer's e-mail
jwcho@seyfarth.com

Writer's direct fax
(917) 344-1218

**MEMO ENDORSED**
Pg. 2

April 7, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-11
```

**BY HAND**

The Honorable Richard M. Berman
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, New York 10007

    Re:    Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc.:
            09-CV-2980 (RMB)(KNF)

Dear Judge Berman:

    This firm represents defendant Lincoln Benefit Life Company Inc. ("Lincoln") in the above-captioned action. We write, with the consent of plaintiff Stephen Carb as Trustee of Lollytogs, Inc. Trust's counsel, to respectfully request an adjournment of the trial date in this matter currently scheduled for September 12, 2011 until October 17, 2011 for the following reason:

    Lincoln's principal partner on this matter has recently learned that his brother's grandson is having his bar mitzvah in California the weekend of the eve of the current trial date. Upon discovery, we immediately sought the consent of plaintiff's counsel, Dennis D'Antonio, for a one week postponement of the trial, who agreed to our request. However, since Mr. D'Antonio's associate, Scott Kantor, is getting married at the end of September, and will be on his honeymoon through early October, the parties agreed to adjourn the trial until October 17, subject to Your Honor's approval.

    Based upon the foregoing, Lincoln respectfully requests that the trial be adjourned until October 17, 2011.

BRUSSELS  WASHINGTON, D.C  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

13288884v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



The Honorable Richard M. Berman
April 7, 2011
Page 2

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

Jay W. Cho

cc: Scott J. Kantor, Esq., (by email and regular mail)

> Application granted. The trial is adjourned to 10/17/11.
>
> SO ORDERED:
> Date: 4/8/11
> Richard M. Berman, U.S.D.J.

13288884v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK