

**Weg and Myers, P.C.**

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

**MEMO ENDORSED**

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
18 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

May 11, 2011

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

**BY HAND DELIVERY**
The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/11

Re: Stephen Carb as Trustee of Lollytogs, Inc. Trust
v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
Our File No: 09-103

Dear Judge Berman:

This firm represents Plaintiff Stephen Carb as Trustee of Lollytogs, Inc. Trust ("Plaintiff") in the above referenced matter. We write to respectfully request that the Court reschedule the status conference currently scheduled for May 26, 2011 at 9:30 a.m. to the morning of May 23, 2011. On May 26, the parties are scheduled to go forward with the deposition of a non-party witness in this matter in San Diego, California. I have conferred with Defendant's counsel and he consents to this application and is available to appear on May 23.

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

By _____
Scott J. Kantor, Esq.

The status conference on 5/26/11 is rescheduled to 5/23/11 at 10:30 a.m.

SO ORDERED:
Date: 5/12/11
Richard M. Berman, U.S.D.J.

cc:
VIA REGULAR MAIL AND EMAIL
Jay W. Cho
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY 10018