UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN CARB, as Trustee of
Lollytogs, Inc. Trust,

                        Plaintiff,

       - against -

LINCOLN BENEFIT LIFE COMPANY,

                        Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/11

09 Civ. 2980 (RMB)

**ADMINISTRATIVE ORDER**

       The conference scheduled for Monday, May 23, 2011 at 10:30 a.m. is hereby adjourned to Thursday, June 2, 2011 at 9:30 a.m.

Dated: New York, New York
         May 23, 2011

                                                RICHARD M. BERMAN, U.S.D.J.