USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEPHEN CARB AS TRUSTEE OF
LOLLYTOGS, INC TRUST,

                Plaintiff,

   -against-

LINCOLN BENEFIT LIFE COMPANY,

                Defendant.
----------------------------------------------------------X

Docket No. 09-CV-2980 (RMB)(KMF)

**STIPULATION**

      WHEREAS at all relevant times herein Plaintiff Stephen Carb as Trustee of Lollytogs, Inc. Trust ("Carb") was the beneficiary of a life insurance policy issued by Defendant Lincoln Benefit Life Company, Inc. ("Lincoln") and issued to Samuel Gindi ("Gindi"), bearing policy number 01T1133155 insuring his life in the amount of $3 million; and

      WHEREAS at all relevant times herein Carb was the beneficiary of a life insurance policy issued by Lincoln and issued to Gindi bearing policy number 01T112550 insuring his life in the amount of $26 million (collectively the "subject policies"); and

      WHEREAS Gindi is desirous of changing the beneficiary of the subject policies from Stephen Carb as Trustee of Lollytogs, Inc. Trust to G Investors Holding LLC "("Investors"); and

      WHEREAS Carb and Investors have filed the requisite forms with Lincoln to change the beneficiary of the subject policies from Carb to Investors; and

      WHEREAS Lincoln has informed Carb that it has no objection to changing the beneficiary from Carb to Investors; and

      WHEREAS it has been agreed that the same counsel representing Carb in this above-captioned litigation will continue to represent the interests of the beneficiaries of the subject policies and thereby will be representing Investors as successors to Carb in the above captioned

litigation; and

      WHEREAS counsel for Lincoln has agreed to amend the caption of this action to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
G INVESTORS HOLDING LLC
as successors in interest to
STEPHEN CARB AS TRUSTEE OF
LOLLYTOGS, INC. TRUST

              Plaintiff,

   -against-


LINCOLN BENEFIT LIFE COMPANY, INC.,

             Defendant.
----------------------------------------X
and;

      WHEREAS counsel for both parties agree that the transfer of the beneficiary from Carb to Investors is not intended to change, alter or modify any of the claims or defenses in this action and/or the issues to be determined; and

      IT IS HEREBY AGREED AND STIPULATED by and between counsel for the parties that the caption of this action be amended as set forth above; and

      IT IS FURTHER STIPULATED that all previous directives of this Court issued to "Plaintiff," including the Court's Order, dated September 11, 2009, be binding upon Investors as

if it was the Plaintiff in the action at the time that the Order was issued.

Dated: August 15, 2011

                                           WEG AND MYERS, P.C.,
*Attorneys for Outgoing Plaintiff*
Stephen Carb as Trustee of Lollytogs, Inc. Trust
And Incoming Plaintiff of Investors Holding LLC

By _____
    DENNIS T. D'ANTONIO (DD-0973)
    WEG AND MYERS, P.C.
    Federal Plaza
    52 Duane Street, 2nd Floor
    New York, NY 10007
    (212) 227-4210


SEYFARTH SHAW, LLP
*Attorneys for Defendant*
LINCOLN BENEFIT LIFE COMPANY, INC.


By _____
    RICHARD M. RESNIK (RR-1407)
    SEYFARTH SHAW, LLP
    620 Eighth Avenue
    New York, New York 10018
    (212) 218-5500

SO ORDERED:

_____
Richard M. Berman
U.S.D.J.

Dated: 8/16/11