```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/11
```

# Weg and Myers, P.C.

**ATTORNEYS AT LAW**
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

**MEMO ENDORSED**

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

August 23, 2011

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411



BY HAND DELIVERY

The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21D
New York, NY 10007

Re:  Stephen Carb as Trustee of Lollytogs, Inc. Trust
v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
Our File No: 09-103

Dear Judge Berman:

This firm represents Plaintiff Stephen Carb as Trustee of Lollytogs, Inc. Trust in the above-captioned action. Pursuant to the June 2, 2011 conference before the Court, in addition to any motions and the Joint Pre-Trial Order, a proposed Joint Verdict Sheet is to be submitted to the Court on August 29, 2011. We respectfully request that the Court amend its Order so as to allow the filing of the Joint Verdict Sheet on September 12, 2011. I have spoken with my adversary and they are in agreement and join in this request to adjourn the submission of the Joint Verdict Sheet to September 12, 2011.

Respectfully yours,

WEG AND MYERS, P.C.,
*Attorneys for Plaintiff*
STEPHEN CARB AS TRUSTEE
OF LOLLYTOGS, INC. TRUST

By _____
D. Christopher Mason

*Application granted.*

SO ORDERED:  Richard M. Berman
Date: 8/24/11   Cc: Via Fax
Jay Cho, Esq.   Richard M. Berman, U.S.D.J.