Richard M. Resnik (RR-1407)
James S. Yu (JY 9734)
Jay W. Cho (JC-0102)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant
Lincoln Benefit Life Company Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
G INVESTORS HOLDING LLC as successors in  :
interest to STEPHEN CARB AS TRUSTEE OF    :
LOLLYTOGS, INC. TRUST,                    :
                                          :  09-CV-2980 (RMB)(KNF)
            Plaintiff,                    :
                                          :
      vs.                                 :  **DEFENDANT'S NOTICE OF**
                                          :  **MOTION FOR SUMMARY**
LINCOLN BENEFIT LIFE COMPANY INC.,        :  **JUDGMENT**
                                          :
            Defendant.                    :
-----------------------------------x

PLEASE TAKE NOTICE, that upon the annexed Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, the accompanying Memorandum of Law in Support of Defendant Lincoln Benefit Life Company Inc.'s Motion for Summary Judgment, the Declaration of Stan Shelley together with the exhibits annexed thereto, the Declarations of Vicki Hansen, Melanie Nobbe and Jill Cary, and upon all of the papers and proceedings herein, Defendant Lincoln Benefit Life Company Inc., by its attorneys Seyfarth Shaw LLP, will move this Court on a date to be determined by the Court, before the Honorable Richard M. Berman, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to

Defendant Lincoln Benefit Life Company Inc. and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's Order on June 2, 2011, Plaintiff shall serve and file an opposition to this motion on or before September 19, 2011.

Dated: New York, New York
August 29, 2011

                                        SEYFARTH SHAW LLP

                                        By: s/ Richard M. Resnik
                                              Richard M. Resnik (RR 1407)
                                              James S. Yu (JY 9734)
                                              Jay W. Cho (JC 0102)
                                              620 Eighth Avenue
                                              New York, New York 10018
                                              (212) 218-5500

                                              Attorneys for Defendant
                                              Lincoln Benefit Life Company Inc.