UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

G INVESTORS HOLDING LLC as successors in
interest to STEPHEN CARB AS TRUSTEE OF  :  **ECF Case**
LOLLYTOGS, INC. TRUST,

              : 09-CV-2980 (RMB)(KNF)

      Plaintiff,
  vs.             **CERTIFICATE OF SERVICE**

LINCOLN BENEFIT LIFE COMPANY INC.,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  I hereby certify that on August 29, 2011, I electronically filed the foregoing Defendant's Notice of Motion for Summary Judgment, the accompanying Memorandum of Law in Support of Defendant Lincoln Benefit Life Company Inc.'s Motion for Summary Judgment, the Declaration of Stan Shelley together with its Exhibits A-KK, the Declaration of Vicki Hansen, the Declaration of Melanie Nobbe, the Declaration of Jill Cary and Defendant's Rule 56.1 Statement, with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

      Dennis D'Antonio, Esq.
      Weg and Myers, P.C.
      52 Duane Street, 2nd Floor
      New York, NY 10007
      (212) 227-4210
      email: ddantonio@wegandmyers.com

          s/ Jay W. Cho
          Jay W. Cho
         Seyfarth Shaw LLP
         jwcho@seyfarth.com