**MEMO ENDORSED**

# Weg and Myers, P.C.
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM


RECEIVED
AUG 29 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

August 26, 2011

Application granted.

VIA HAND DELIVERY
The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21D
New York, NY 10007

SO ORDERED:
Date: 8/29/11            Richard A. Berman
                         Richard M. Berman, U.S.D.J.

Re:   G Investors Holding, LLC. as successors in interest to Stephen
      Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life
      Company Inc., 09-CV-2980 (RMB) (KNF)
      Our File No: 09-103

Dear Judge Berman:

   This firm represents Plaintiff G Investors Holding, LLC. as successors in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust in the above-captioned action. Pursuant to the June 2, 2011 conference before the Court, the Joint Pre-Trial Order is to be submitted to the Court on August 29, 2011. We respectfully request that the Court amend its Order so as to allow the filing of the Pre-Trial Order to September 6, 2011. The request will have no effect on the other pre-trial submissions scheduled to be made on August 29, 2011 or on other subsequent dates.

   The request for the extension is due to the fact that the lead partner for the Plaintiff on this case, Dennis D'Antonio, is on vacation outside of New York City and lacks access to reliable internet and telephonic communication. Furthermore, Mr. D'Antonio's current location is directly in the path of Hurricane Irene and his attention has been diverted to ensuring the safe evacuation of his family. Upon our initial discussion with counsel for Lincoln Benefit Life Company Inc. we discussed an adjournment to September 6, 2011. However, as counsel for Lincoln is on vacation during the week of August 29, 2011 the date of September 6, 2011 was agreed upon. I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/11