UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
G INVESTORS HOLDING LLC as successors in   :
interest to STEPHEN CARB AS TRUSTEE OF     :
LOLLYTOGS, INC. TRUST,                     :
                                           :  09-CV-2980 (RMB)(KNF)
                    Plaintiff,             :
         vs.                               :
                                           :
LINCOLN BENEFIT LIFE COMPANY INC.,         :
                                           :
                    Defendant.             :
------------------------------------------------x

## DEFENDANT'S PROPOSED VERDICT SHEET

Defendant Lincoln Benefit Life Company Inc. ("Defendant") respectfully submits the following Proposed Verdict Sheet.

1.  Does the preponderance of the evidence demonstrate that the July 13, 2000 Lydia Trevino Fax modified the subject life insurance policies to provide Plaintiff the right to convert the policies from term to whole or universal through the end of the level premium periods?

    YES _____    NO _____

    If "YES" proceed to Question 2. If "NO" proceed to Question 4.

2.  Does the preponderance of the evidence demonstrate that Plaintiff timely accepted Defendant's one time, limited offer to convert the subject life insurance policies from term to whole or universal, which offer was set forth in the February 26, 2003 letter from Stan Shelley and Vicki Hansen to Laura Lendin and extended for several months from February to August 2003?

    YES _____    NO _____

    If "YES" proceed to Question 4. If "NO" proceed to Question 3.

3.  Does the preponderance of the evidence demonstrate that Defendant's refusal to convert the subject life insurance policies from term to whole or universal in 2007 constitutes a breach of said policies?

    YES _____    NO _____

If "YES" proceed to Question 4. If "NO" return to the Judge with a verdict in favor of Defendant.

4. Does the preponderance of the evidence demonstrate that Plaintiff is entitled to convert the subject life insurance policies from term to whole or universal on October 1, 2009 and November 8, 2009.

YES _____   NO_____

Please have the foreperson sign and date in the space provided below.

_____   _____
Signature of foreperson                                              Date

Dated: New York, New York
       September 12, 2011

                          SEYFARTH SHAW LLP

                          By: s/ Richard M. Resnik
                              Richard M. Resnik (RR 1407)
                              James S. Yu (JY 9734)
                              Jay W. Cho (JC 0102)
                              620 Eighth Avenue
                              New York, New York 10018
                              (212) 218-5500

                              Attorneys for Defendant
                              Lincoln Benefit Life Company Inc.