

**Weg and Myers, P.C.**
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

**MEMO ENDORSED**

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

September 14, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/11

VIA HAND DELIVERY
The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21D
New York, NY 10007

Re:   G Investors Holding, LLC. as successors in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
Our File No: 09-103

Dear Judge Berman:

This firm represents Plaintiff G Investors Holding, LLC. as successors in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust in the above-captioned action. Pursuant to the June 2, 2011 conference before the Court, the opposition to any motions for Summary Judgment are to be filed on September 19, 2011 and any reply papers are to be filed on September 22, 2011. We respectfully request that the Court amend its Order so as to allow the filing of opposition papers to Defendant Lincoln Benefit Life Insurance Company's motion for Summary Judgment by 5:00 p.m. September 20, 2011 and reply papers to be filed by 5:00 p.m. September 23, 2011. The request will have no effect on the other pre-trial submissions scheduled to be made on subsequent dates. This is the first time Plaintiff has requested a modification of the briefing schedule and the Defendant has consented to this request.

Application granted.

Respectfully yours,

WEG AND MYERS, P.C.,
*Attorneys for Plaintiff*
STEPHEN CARB AS TRUSTEE
OF LOLLYTOGS, INC. TRUST

By
D. Christopher Mason

SO ORDERED:
Date: 9/15/11
Richard M. Berman, U.S.D.J.
DCM/kc