

**Weg and Myers, P.C.**

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

**MEMO ENDORSED**

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

September 22, 2011

**VIA HAND DELIVERY**
The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

    Re:    G Investors Holding, LLC. as successors in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
Our File No: 09-103

Dear Judge Berman:

    I am respectfully writing this letter in connection with the above referenced matter which is scheduled for a final pre-trial conference at 9:30 a.m. on the morning on October 4th. The purpose of this letter is to request that the conference be rescheduled because I am scheduled to be away with my wife and child from October 1st through October 4th. I have spoken with opposing counsel who has advised me that he cannot consent to the rescheduling because of his client, who is otherwise busy every other day during the week of October 4th.

    Accordingly, I would respectfully request that the conference be rescheduled for any day that Your Honor's schedule would permit during the week of September 26, 2011, or October 10th, 12th, 13th, or 14th, at any time of the day.

    I apologize for imposing myself upon the court with this request and I thank Your Honor for your consideration of my request.

*[Handwritten endorsement: The final pre-trial conference on 10/4/11 is rescheduled to 9/29/11 at 9:00 a.m.]*

Respectfully submitted,
WEG AND MYERS, P.C.

By /s/ Dennis D'Antonio (DD0973)

Cc:  Seyfarth Shaw, LLP
      *Attorneys for Defendant*
      620 Eighth Avenue
      New York, New York 10018

SO ORDERED:
Date: 9/22/11
Richard M. Berman, U.S.D.J.

*[Received stamp: SEP 22 2011, CHAMBERS OF RICHARD M. BERMAN, U.S.D.J.]*

*[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DATE FILED: 9/23/11]*