UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G INVESTORS HOLDING LLC as
Successors in interest to STEPHEN
CARB AS TRUSTEE OF LOLLYTOGS
INC. TRUST,
        Plaintiff,

CASE NUMBER: 09-cv2980 (RMB)(KNF)

-against-

NOTICE OF
**APPEARANCE**

LINCOLN BENEFIT LIFE COMPANY,
INC.,

        Defendant.

S I R S:

PLEASE TAKE NOTICE, that the undersigned hereby appears in the within action as counsel on behalf of the Plaintiff, G INVESTORS HOLDING LLC as Successors in interest to STEPHEN CARB AS TRUSTEE OF LOLLYTOGS, INC. TRUST and demand that you henceforth serve all papers in the action upon WEG AND MYERS, P.C. at their addresses as set forth below.

Dated: New York, New York
       September 25, 2011

                                      Yours, etc.,

                                      WEG AND MYERS, P.C.
                                      Attorney for Plaintiff

                                      By_____
                                      D. Christopher Mason (DM1214)
                                      Federal Plaza
                                      52 Duane Street
                                      New York, New York 10007
                                      (212) 227-4210

TO:
Seyfarth Shaw, LLP
Attorneys for Defendant
620 Eighth Avenue
New York, New York 10018

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the Notice of Appearance on Seyfarth Shaw, LLP, 620 Eighth Avenue, New York, New York 10018 via First Class mail.

Dated: September 26, 2011

                                                      D. Christopher Mason (DM1214)

Docket No. 09 CV 2980

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

=================================

G INVESTORS HOLDING LLC as Successors in interest to STEPHEN CARB AS TRUSTEE OF LOLLYTOGS, INC. TRUST,

Plaintiff,

-against-

LINCOLN BENEFIT LIFE COMPANY, INC.,

Defendant.

=================================

NOTICE OF APPEARANCE

=================================

*Weg and Myers, P.C.*
Attorney for Plaintiff

Office and Post office Address, Telephone
Federal plaza
52 Duane Street
NEW YORK, NEW YORK 10007
(212) 227-4210