**RECEIVED**
SEP 26 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**Weg and Myers, P.C.**

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

**MEMO ENDORSED**

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

September 26, 2011

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

USDC SDNY
DOC ...
E... ...
D...
DATE FILED: 9/27/11

**VIA HAND DELIVERY**
The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

    Re:    G Investors Holding, LLC. as successors in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
           Our File No: 09-103

Dear Judge Berman:

    I am respectfully writing this letter in connection with the above referenced matter. The purpose of this letter is to request that Plaintiff be permitted to submit a short Sur-Reply in response to the reply submitted by Defendant Lincoln Benefit Life Insurance in further support of its motion for Summary Judgment. Specifically, we wish to address the attachments listed as Exhibits "B" and "C" because we believe the representations made to the Court with respect to same are at best misleading and call into question their admissibility.

    Accordingly, I would respectfully request Plaintiff be permitted to submit a Sur-Reply on this limited subject. I thank Your Honor for your consideration of my request.
Respectfully submitted,

Very truly yours,
WEG AND MYERS, P.C.
By: _____
D. Christopher Mason (DM1214)

*Plaintiff may submit a surreply not to exceed 5 pages, double-spaced on or before 10/4/11.*

cc:    Seyfarth Shaw, LLP
       *Attorneys for Defendant*
       620 Eighth Avenue
       New York, New York 10018

SO ORDERED:
Date: 9/27/11
*Richard M. Berman*
Richard M. Berman, U.S.D.J.