*Weg and Myers, P.C.*

**ATTORNEYS AT LAW**
FEDERAL PLAZA
**52 DUANE STREET, NEW YORK, NEW YORK 10007**
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

CONNECTICUT AFFILIATE
LAW OFFICE OF
**BRIAN D. ROSENFELD**
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

NEW JERSEY AFFILIATE
LAW OFFICE OF
**MASELLI-WARREN, P.C.**
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

October 4, 2011

**VIA ECF**
Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

> Re:   G Investors Holding, LLC. as successors in interest to Stephen Carb as
>       Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc., 09-
>       CV-2980 (RMB) (KNF)
>       Our File No: 09-103

Dear Judge Berman:

This firm represents Plaintiff in the above-referenced action.  Consistent with our

September 26, 2011 correspondence "So Ordered" by Your Honor, this correspondence serves as

Plaintiff's limited Sur-Reply to address Exhibits "B" and "C"[1] submitted by Defendant as part of

its Reply papers in further support of its Motion for Summary Judgment.  Defendant, without a

connecting affidavit or other authentication documentation, proffered said exhibits in connection

with its conclusory pronouncement that James Wilson ("Wilson"), Plaintiff's insurance broker,

was advised that conversion rights were not available under the life insurance policies proposed,

and ultimately issued, by Defendant.  However, a careful review of these exhibits, together with

documents inexplicably omitted by Defendant, illustrate that the inferences drawn by Defendant

cannot be supported utilizing the proposed exhibits.

---

[1] The September 23, 2011 Declaration of Richard M. Resnik, submitted in further support of Defendant's summary judgment motion, annexes Exhibits "B" and "C" thereto, yet mistakenly refers to said annexed exhibits in the Declaration as Exhibits "A" and "B" respectively.  For purposes of this Sur-Reply, Plaintiff will refer to the exhibits in question as they were physically annexed to counsel's Declaration – i.e. Exhibits "B" and "C."

*Weg and Myers, P.C.*

Honorable Richard M. Berman
October 4, 2011
Page 2

At the outset, there is simply no evidence by way of testimony or otherwise that Exhibit

"B," a summary of various life insurance policy proposals (contained only in Second Opinion's

file), was sent to and/or received by Wilson as part of the August 18, 1999 facsimile from

Second Opinion to Wilson – i.e. Exhibit "C."  Interestingly, a document contained in Second

Opinion's file – document Bates Stamped SO 00107 – is similar to Exhibit "B" as it is a

summary of the various life insurance policies proposed for the insured.  As set forth below,

however, it is questionable as to whether this document was sent to Wilson as well[2].  However, a

comparison of SO 00107 with Exhibit "B" reveals that said documents are in fact materially

different insofar as the SO 00107 proposal enumerates an additional insurance carrier, North

American Company for Life and Health, who provided premium quotes.   A copy of Bates

Stamped document SO 00107 is annexed hereto as **"Exhibit A."**

Nonetheless, to the extent Defendant now seeks to utilize SO 00107 in support of its

proposition – i.e. that Wilson was apprised in writing of those carriers offering and not offering

conversion rights - a serious question of fact exists as to whether document SO 00107 was even

sent to Wilson.  As reflected on Exhibit "C," bearing Bates Stamped SO 00104, a total of three

pages, including the fax cover sheet, were transmitted to Wilson.  This fax cover sheet is then

followed in the Second Opinion document production by documents Bates Stamped SO 00105,

00106 and 00107.  Consequently, a question arises as to which two documents were transmitted

along with the fax cover sheet[3].  Regrettably, there are no fax telltales on any of the documents

---

[2] Neither Defendant's Exhibit "B" nor SO 00107 were contained in the subpoenaed files of Wilson.
[3] It would be utter speculation for Defendant to suggest that the total number of pages transmitted as reflected on the fax covers sheet is a typographical error.

*Weg and Myers, P.C.*

Honorable Richard M. Berman
October 4, 2011
Page 3

produced to assist in answering this question.  However, a careful review of Exhibit "C" together

with the two documents immediately following in production, documents SO 00105 and SO

00106, would suggest that said two documents were transmitted to Wilson and not SO 00107.  A

copy of Bates Stamped documents SO 00105 and SO 00106 are annexed hereto as **"Exhibit B."**

Specifically, Exhibit "C" makes explicit reference to an attached spreadsheet as well as the fiscal

health of the various proposed carriers, which are consistent with documents SO 00105 (the

spreadsheet) and SO 00106 (a document concerning the fiscal health of various carriers).

Accordingly, based on a description of the documents transmitted, it is reasonable to conclude

that only SO 00105 and SO 00106 – and not Exhibit "B" or SO 00107 - were transmitted to

Wilson along with Exhibit "C."  Neither SO 00105 nor SO 00106 contain any  discussion, no

less any reference, to conversion rights of the various policies.

While at her deposition Laura Lendin of Second Opinion acknowledged transmitting the

Exhibit "C" fax cover sheet, Ms. Lendin provided no testimony as to which documents were

transmitted together therewith.  In fact, although document SO 00107 was inadvertently attached

and subsequently presented to Ms. Lendin together with Exhibit "C" as a single document, a

careful review of Ms. Lendin's testimony reflects that she never affirmatively stated to have sent

SO 00107 to Wilson as part of the fax transmittal or at any other time.  It is further noteworthy

that neither Exhibit "B" nor SO 00107 were among the documents contained in Wilson's file vis-

à-vis Plaintiff and/or the insured – a file which was produced pursuant to a subpoena *duces*

*tecum* served upon Wilson by Defendant.  Thus, to reassert, absent a scintilla of evidence

suggesting that either Exhibit "B" or SO 00107 were sent to and/or received by Wilson, this

*Weg and Myers, P. C.*

Honorable Richard M. Berman
October 4, 2011
Page 4

Court can reasonably conclude, based on a review of the discovery at bar, that a factual issue

exists as to whether only SO 00105 and SO 00106 were transmitted to Wilson as part of Exhibit

"C" and/or whether Exhibit "B" or SO 00107 were ever received by Wilson. Accordingly,

Defendant's inclusion of Exhibit "B" in the record together with the ensuing assertion that

Wilson was advised of Defendant's purported lack of conversion rights is not only unsupported

by the discovery at bar, but is also misleading to this Court.

Respectfully submitted,
WEG AND MYERS, P.C.

By

Joshua L. Mallin (JM0474)

Cc:     **Via E-Mail and Regular Mail**
        Seyfarth Shaw, LLP
        *Attorneys for Defendant*
        620 Eighth Avenue
        New York, New York 10018



Centralink Insurance & Financial Services

Pick Six Policy Analysis - Page 5 of 5
=========================================

Prepared for SAM GINDI by SECOND OPINION                                                                                              August 18, 1999

Face Amount: 35,000,000   Age Last: 75   Nearest: 75   Male   Preferred Non-Smoker                                                           Florida

(Summary of Policies)

| Policy | A.M. Best Ratings ** |
| --- | --- |
| | A.M. Best Ratings ** |

1 - Lincoln Benefit Life Company
    Preferred Plus Level Best Platinum 10                                                    A+ r XV (6-8-98)
    Renewable to age 95 (age last)                                                           AMB # 06657
    10 Year level term w/ an annual premium of $742,060.00 guaranteed for 10 years
    Other Modes: Monthly $63,075.10, Quarterly $200,356.21, Semi-annual $385,871.19

2 - One Midland Life Insurance Company
    &t Generation - 10 Year R & C Term                                                       A VIII (3-23-98)
    Renewable to age 95, convertible to age 70 (age last)                                    AMB # 06710
    10 Year level term with an annual premium of $820,760.00 guaranteed for 10 years
    Other Modes: Monthly $72,329.40, Quarterly $208,951.59, Semi-annual $417,903.18

3 - Banner Life Insurance Company
    OPTerm 10 - 10 Year Guarantee                                                            A+ VIII (1-19-99)
    Renewable to age 95 (age nearest)                                                        AMB # 06468
    Other Modes: Monthly $71,879.94, Quarterly $213,586.09, Semi-annual $419,957.34

4 - North American Company for Life & Health
    NR-10 - 10 Year R & C                                                                    A VIII (2-22-99)
    Renewable to age 95, convertible to age 80 (age nearest)                                 AMB # 06827
    10 Year level term with an annual premium of $436,300.00 guaranteed for 10 years
    Other Modes: Monthly $73,191.76, Quarterly $238,402.50, Semi-annual $443,244.98

5 - Transamerica Occidental Life Insurance
    TransSelect Super 10                                                                     A+ gu XIV (2-18-99)
    Renewable to age 95 (age last)                                                           AMB #: 06848
    Year level term w/ an annual premium of $665,970.00 guaranteed for 10 years
    Other Modes: Monthly $75,772.37, Quarterly $229,462.04, Semi-annual $450,304.38

6 - The Travelers Insurance Company
    Special T - 10 Year Guarantee                                                            A+ g IX (9-25-97)
    Renewable to age 95, convertible to age 80 (age last)                                    AMB # 08429
    10 Year level term with an annual premium of $927,497.00 guaranteed for 10 years
    Other Modes: Monthly $86,264.50, Semi-annual $482,339.98

Legend:  **  please refer to first page for Guide to A.M. Best Ratings

NOTE: Every effort has been made to assure the accuracy of this information but we cannot guarantee accuracy and are not liable for errors or omissions.

SO  00107



Centrolink Insurance & Financial Services

Pick Six Policy Analysis - Page 3 of 5
================================

Prepared for SAM GINDI by SECOND OPINION

Face Amount: 35,000,000   Age Last: 75   Nearest: 75   Male   Preferred+ Non-smoker

**(GUARANTEED Maximum Premiums)**                                August 18, 1999

Florida

| # | Company | Policy description |
|---|---------|--------------------|
| 1 | Lincoln Benefit Life Company | |
| 2 | The Midland Life Insurance Company | |
| 3 | Banner Life Insurance Company | Preferred Plus Level Best Platinum 10 P+ |
| 4 | North American Company for Life & Health | Next Generation - 10 Year R & C Term |
| 5 | Transamerica Occidental Life Insurance | OPTerm 10 - 10 Year Term |
|   |  | BR-10 - 10 Year R & C |
|   |  | Trendsetter Super 10 |
| 6 | The Travelers Insurance Company | Special T - 10 Year Guarantee |

| Year | Policy 1 | Policy 2 | Policy 3 | Policy 4 | Policy 5 | Policy 6 | |
|------|----------|----------|----------|----------|----------|----------|---|
| 1 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | Pf |
| 2 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | Pf |
| 3 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | Pf |
| 4 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | Pf |
| 5 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | Pf |
| 6 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | |
| 7 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | |
| 8 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | |
| 9 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | |
| 10 | 742,060.00 | 803,660.00 | 821,485.00 | 836,500.00 | 865,970.00 | 927,575.00 | |
| 11 | 10,242,460.00 | 14,200,260.00 | 8,267,735.00 | 10,435,600.00 | 17,686,270.00 | 11,003,325.00 | |
| 12 | 10,942,110.00 | 15,455,710.00 | 10,940,235.00 | 12,011,650.00 | 19,727,470.00 | 12,040,425.00 | |
| 13 | 11,784,560.00 | 16,735,435.00 | 12,319,885.00 | 13,890,650.00 | 21,914,970.00 | 11,630,825.00 | |
| 14 | 12,667,960.00 | 18,026,110.00 | 16,795,450.00 | 15,665,500.00 | 24,224,370.00 | 15,041,325.00 | |
| 15 | 13,572,710.00 | 19,356,110.00 | 19,001,536.00 | 17,736,500.00 | 26,693,170.00 | 16,622,975.00 | |
| 16 | 14,490,760.00 | 20,741,660.00 | 20,634,636.00 | 19,305,850.00 | 29,316,770.00 | 18,306,124.00 | |
| 17 | 15,420,360.00 | 22,212,810.00 | 22,751,436.00 | 20,501,950.00 | 32,146,870.00 | 20,171,276.00 | |
| 18 | 16,360,810.00 | 23,907,510.00 | 25,079,284.00 | 21,451,850.00 | 33,618,968.00 | 22,162,776.00 | |
| 19 | 17,310,710.00 | 25,739,010.00 | 26,952,486.00 | 22,312,500.00 | 33,691,320.00 | 24,278,876.00 | |
| 20 | 18,270,060.00 | 28,303,160.00 | 29,335,984.00 | 23,283,650.00 | 33,619,872.00 | 26,473,324.00 | |

NOTE: Every effort has been made to assure the accuracy of this information but we cannot guarantee accuracy and are not liable for errors or omissions.

SO 00105




# Life Insurer Financial Profile

| Company | Allstate Life | Transamerica Occidental | Travelers Ins Co | N American Co L&H | Banner Life | Midland Life Ins |
|---|---|---|---|---|---|---|
| **COMPANY RATINGS** | | | | | | |
| A.M. Best Company (Best Rating, 15 ratings)** | A+ (2) | A+ (2) | A+ (2) | A (3) | A+ (2) | A (3) |
| Standard & Poor's (Financial Strength, 20 ratings) | AA+ (2) | AA w+ (2) | AA (3) | AA (3) | BBBpl (2) | A+ (5) |
| Moody's (Financial Strength, 21 Ratings) | Aa2 (3) | Aa3 (4) | Aa3 (4) | A2 (6) | A2 (6) | A (3) |
| Weiss Research (Safety Rating, 16 Ratings) | B+ (4) | B- (4) | B- (6) | B- (6) | B- (6) | C+ (7) |
| Comdex (Percentile in Rated Companies) | 85 | 90 | 88 | 78 | 74 | 77 |
| **INVESTED ASSETS DISTRIBUTION** | | | | | | |
| Total Invested Assets | 26,530,216 | 15,560,189 | 27,555,938 | 1,448,383 | 809,355 | 1,157,860 |
| Bonds (%) | 70.1% | 77.9% | 64.6% | 79.9% | 81.1% | 69.5% |
| Stocks (%) | 4.7% | 11.8% | 10.4% | 8.4% | 0.4% | 3.7% |
| Mortgages (%) | 11.8% | 2.5% | 9.4% | 0.0% | 0.1% | 17.7% |
| Real Estate (%) | 0.1% | 0.7% | 0.5% | 0.0% | 0.0% | 0.2% |
| Policy Loans (%) | 2.0% | 2.6% | 6.4% | 4.5% | 6.5% | 8.7% |
| Cash & Short-Term (%) | 1.6% | 3.3% | 4.1% | 5.6% | 2.8% | 0.6% |
| Other Invested Assets (%) | 0.6% | 1.2% | 4.0% | 2.2% | 1.4% | 1.4% |
| Net Yield on Mean Invested Assets | | | | | | |
| 1998 (Industry Average 7.45%) | 7.32% | 7.33% | 7.09% | 6.99% | 8.57% | 7.59% |
| 5 Year Average (Industry Average 7.62%) | 7.71% | 7.55% | 7.41% | 6.83% | 6.79% | 7.38% |
| **ADMITTED ASSETS** | | | | | | |
| Total Admitted Assets | 29,144,672 | 19,883,830 | 41,243,525 | 1,462,340 | 838,802 | 1,180,596 |
| Total Liabilities | 28,719,240 | 18,039,668 | 38,289,689 | 1,313,929 | 725,184 | 1,083,148 |
| Separate Accounts | 1,715,785 | 3,443,277 | 13,146,304 | 0 | 50,857 | 0 |
| Total Surplus & AVR | 2,708,884 | 2,244,778 | 5,329,564 | 191,959 | 165,983 | 123,080 |
| As % of General Account Assets | 10.2% | 13.7% | 19.0% | 12.9% | 19.6% | 10.4% |
| **NON-PERFORMING ASSETS** | | | | | | |
| Bonds In or Near Default | 1.1% | 0.0% | 0.1% | 0.0% | 0.0% | 1.0% |
| Problem Mortgages | 1.4% | 0.0% | 4.5% | 0.0% | 0.0% | 0.8% |
| Real Estate Acquired by Foreclosure | 0.0% | 0.0% | 2.3% | 0.0% | 0.0% | 1.4% |
| Total Non-Performing Assets | 2.6% | 0.0% | 7.3% | 0.0% | 0.0% | 3.1% |
| As a Percent of Invested Assets | 0.3% | 0.0% | 1.4% | 0.0% | 0.0% | 0.3% |
| **BOND QUALITY** | | | | | | |
| Total Value of Bonds | 21,639,464 | 12,708,165 | 19,990,906 | 1,237,802 | 809,398 | 828,104 |
| Class 1-2: Highest Quality | 92.6% | 94.9% | 89.6% | 96.4% | 99.3% | 82.1% |
| Class 3-5: Lower Quality | 7.2% | 5.1% | 10.4% | 4.6% | 0.7% | 7.7% |
| Class 6: In or Near Default | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% |
| Weighted Bond Class | 1.4 | 1.4 | 1.5 | 1.3 | 1.1 | 1.4 |
| **INCOME** | | | | | | |
| Total Income | 7,862,108 | 4,882,841 | 5,388,466 | 296,525 | 143,227 | 269,072 |
| Net Premium Income | 5,828,506 | 1,972,414 | 3,549,164 | 166,959 | 70,065 | 154,972 |
| Earnings Before Dividends and Taxes | 279,470 | 62,209 | 685,778 | 29,874 | 1,987 | 24,144 |
| Net Operating Earnings | 204,363 | 124,411 | 504,871 | 12,044 | -2,021 | 14,170 |

* These ratings reflect the opinions of the rating agencies and are not implied warranties of the company's ability to meet its contractual obligations. All ratings shown are current as of July 15, 1999.

**Relative financial strength and operating performance in comparison with industry norms.

1/06/98  Data for Year End 1998 from the latest insurance companies' statutory annual statement.   All dollar amounts are in thousands.

SO  00106