## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a Sur Reply Correspondence on Seyfarth Shaw, LLP, 620 Eighth Avenue, New York, New York 10018 via First Class mail and e-mail.

Dated: October 4, 2011

Joshua L. Mallin (JM-0474)