



620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5255

Writer's e-mail
jwcho@seyfarth.com

**MEMO ENDORSED** October 6, 2011

**VIA HAND DELIVERY**

Honorable Richard M. Berman
Unites States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The parties are directed to appear before the Court for oral arguments on Defendant's motion for Summary judgment on 10/13/11 at 10:00 a.m.
>
> SO ORDERED:
> Date: 10/11/11
> Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re:   G Investors Holding LLC as successors in interest to Stephen Carl Mistee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc..
09-CV-2980 (RMB)(KNF)

Dear Judge Berman:

This firm represents defendant Lincoln Benefit Life Company Inc. ("Lincoln") in the above-captioned action. Pursuant to Your Honor's request to provide available dates for a final pre-trial conference in November, the parties have conferred and they are available on November 15, 2001 with clients. Please let us know what time works best for Your Honor. It is also our understanding that the parties will be arguing Lincoln's summary judgment on the day of the final pre-trial conference.

Thank you for Your Honor's consideration of this matter.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/11
```

Respectfully submitted,

SEYFARTH SHAW LLP

Jay W. Cho

cc:   Dennis D'Antonio, Esq. (by email)
      D. Christopher Mason, Esq. (by email)

13818411v.1 / 38627-000168

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA