**Weg and Myers, P.C.**   **MEMO ENDORSED**

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

| CONNECTICUT AFFILIATE | | NEW JERSEY AFFILIATE |
|---|---|---|
| LAW OFFICE OF | | LAW OFFICE OF |
| BRIAN D. ROSENFELD | | MASELLI-WARREN, P.C. |
| 16 RIVER STREET | | 900 ALEXANDER ROAD |
| NORWALK, CT 06850 | | PRINCETON, NJ 08540 |
| (203) 853-3888 | November 11, 2011 | (609) 452-8411 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15

**VIA HAND DELIVERY**
The Honorable Richard M. Berman, USDJ
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

    Re:    G Investors Holding, LLC. as successors in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
          Our File No: 09-103

Dear Judge Berman:

    This firm represents Plaintiff in the above-referenced matter. I respectfully submit this letter to briefly extend the time by which to submit the Joint Pre-Trial Order in the above-referenced matter to Tuesday, November 15, 2011, as the managing partner handling this case from my firm is currently away and will be returning to the office on Monday, November 14. I have spoken with opposing counsel who has no objection to this request.

    We are mindful of the Court's schedule and are anxious to confirm the February 27, 2012 trial date, as well as one of the dates in January 2012 that the parties had proposed (1/5, 6, 10, 11 or 12) for pretrial conference.

    Thank you for Your Honor's consideration of this request.

    Respectfully submitted,
    WEG AND MYERS, P.C.

    By: _____
    Jonathan C. Corbett (JC9193)

Cc:  **Via E-Mail (JWCho@seyfarth.com)**
      Seyfarth Shaw, LLP
      Attn: Jay W. Cho, Esq.

Application granted.

SO ORDERED:
Date: 11/14/11
Richard M. Berman, U.S.D.J.