# SEYFARTH
**ATTORNEYS** SHAW LLP

620 Eighth Avenue

New York, New York  10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone

(212) 218-5255

Writer's e-mail

jwcho@seyfarth.com

# MEMO ENDORSED

**VIA HAND DELIVERY**

Honorable Richard M. Berman
Unites States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

November 7, 2011

*[Handwritten:] A final pre-trial conference is scheduled for 1/12/12 at 10:30 a.m.*

**SO ORDERED:**
**Date:** 12/12/11    *Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

Re:     G Investors Holding LLC as ~~successors in interest to Stephen Carb as Trustee~~
of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc.:
09-CV-2980 (RMB)(KNF)

Dear Judge Berman:

This firm represents defendant Lincoln Benefit Life Company Inc. ("Lincoln") in the above-captioned action.  I enclose a CD containing the parties' Joint Proposed Jury Instructions and Joint Proposed Voir Dire Questions, all of which are in Word format.

Additionally, pursuant to Your Honors request, please be advised that the parties are available to attend the pretrial conference on January 5, 6, 10, 11 or 12. As a reminder, the parties are available to commence trial on February 27, 2011.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*Jay W. Cho*

Jay W. Cho

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/11

cc:     Dennis D'Antonio, Esq. (w/ enclosure by hand)

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK