USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-23-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

G INVESTORS HOLDING LLC, et al.,

           Plaintiff,

        -against-

LINCOLN BENEFIT LIFE COMPANY INC.,

           Defendants.
------------------------------------------------------------X

**ORDER**

**09-CV-2980 (ALC)(KNF)**

This case has been reassigned to United States District Judge Andrew L. Carter, Jr.

The **PRETRIAL CONFERENCE** scheduled for January 12, 2012 is rescheduled for

**January 17, 2012 at 10:15 a.m.**  The conference will be held in Courtroom 14A located on the

14th Floor at 500 Pearl Street, New York, New York. *Counsel for all parties are directed to*

*appear for the conference in person and report to the Courtroom upon arrival to the*

*Courthouse.*

      SO ORDERED.

Dated: New York, New York
       December 23, 2011

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE