**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------X
    IN THE MATTER OF REASSIGNMENT

                                    NOTICE OF REASSIGNMENT

           OF

 CASES FROM HON. RICHARD M. BERMAN

-----------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

              HON. ANDREW L. CARTER

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: December 29, 2011

                                    Ruby J. Krajick, CLERK


                                    Philip Guarnieri
                    By: _____
                                    Deputy Clerk



cc: Attorneys of Record

Judge Berman to Judge Carter

> 09-cv-2980
> 09-cv-6791
> 10-cv-4933
> 10-cv-5839
> 10-cv-8828
> 10-cv-8947
> 11-cv-0515
> 11-cv-1427
> 11-cv-2115
> 11-cv-2664
> 11-cv-2991