**Weg and Myers, P.C.**

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET, NEW YORK, NEW YORK 10007
(212) 227-4210
FAX: 212-349-6702
WWW.WEGANDMYERS.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-12

CONNECTICUT AFFILIATE
LAW OFFICE OF
BRIAN D. ROSENFELD
16 RIVER STREET
NORWALK, CT 06850
(203) 853-3888

NEW JERSEY AFFILIATE
LAW OFFICE OF
MASELLI-WARREN, P.C.
600 ALEXANDER ROAD
PRINCETON, NJ 08540
(609) 452-8411

December 27, 2011

**VIA HAND DELIVERY**
The Honorable Andrew L. Carter, USDJ
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

Re: G Investors Holding, LLC. as successors in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust v. Lincoln Benefit Life Company Inc., 09-CV-2980 (RMB) (KNF)
Our File No: 09-103

Dear Judge Carter:

This firm represents Plaintiff in the above-referenced matter. I respectfully submit this letter to request an adjournment of the Pre-Trial Conference, presently scheduled for January 17, 2012, due to a scheduling conflict. Specifically, Dennis T. D'Antonio, the managing partner handling and trying the instant case from this firm, has a pre-planned vacation scheduled for January 16 through January 19 and, moreover, Plaintiff's client representatives will be out of the country on a pre-planned vacation from January 18 through January 29. Accordingly, we respectfully request that Your Honor adjourn the Pre-Trial Conference to any date during the week of January 30, 2012, as Your Honor's schedule permits, or in the alternative, to any date after February 14, 2012 as Mr. D'Antonio will be out of the country from February 6 through February 14.

Thank you for Your Honor's attention to this matter.

*The pre-trial conference is adjourned to 2-29-12 at 10:00 a.m. So Ordered.*
*[signature] 1-9-12*

Respectfully submitted,
WEG AND MYERS, P.C.

By [signature]
Jonathan C. Corbett (JC9193)

Cc: **Via E-Mail (JWCho@seyfarth.com)**
Seyfarth Shaw, LLP
*Attorneys for Defendant*
Attn: Jay W. Cho, Esq.

*Received 12-27-11*