UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
G Investors Holding LLC,                :
                                        :
                    Plaintiff,          :
                                        :        09 Civ. 2980
        -v-                             :        (ALC)(KNF)
                                        :
Lincoln Benefit Life Company,           :        ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-17-12

ANDREW L. CARTER, JR., UNITED STATES DISTRICT JUDGE:

The Court respectfully directs that the Clerk of Court designate this case as an Electronic Case Filing matter.

SO ORDERED:

Dated:   New York, New York
         January 17, 2012

                                    _____
                                    Andrew L. Carter, Jr.
                                    United States District Judge