09-103.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G INVESTORS HOLDING LLC as successors in interest to STEPHEN CARB AS TRUSTEE OF LOLLYTOGS, INC. TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>LINCOLN BENEFIT LIFE COMPANY, INC.<br><br>Defendant. | 09 CIV 2980 ALC KNF |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served, via First Class Mail and the Southern District's Electronic Filing System (ECF), Plaintiff's Notice of Motion; the Declaration of Derek M. Zisser with Exhibits; Plaintiff's Local Civil Rule 56.1 Statement; and Plaintiff's Memorandum of Law on:

Seyfarth Shaw, LLP
620 Eighth Avenue
New York, New York 10018

Attn: Richard Resnik, Esq.

Morris James, LLP
P.O. Box 2306
Wilmington, DE 19899-2306

Attn: P. Clarkson Collins, Esq.

Dated: July 20, 2012

Derek M. Zisser (DZ 1984)

Docket No 09-CV 2980 ALC KNF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

G INVESTORS HOLDING LLC as successors in interest to
STEPHEN CARB AS TRUSTEE OF LOLLYTOGS,
INC. TRUST

                                        Plaintiff,

-against-

LINCOLN BENEFIT LIFE COMPANY, INC.,

                                        Defendant.

---

CERTIFICATE OF SERVICE

---

*Weg and Myers, P.C.*
Attorney for Plaintiff

Office and Post office Address, Telephone
Federal plaza
52 Duane Street
NEW YORK, NEW YORK 10007
(212) 227-4210