09-103.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G INVESTORS HOLDING LLC as )
successors in interest to STEPHEN CARB )
AS TRUSTEE OF LOLLYTOGS, INC. TRUST, )   09 CIV 2980 ALC KNF
)
Plaintiff, )
)
-against- )
)
)
LINCOLN BENEFIT LIFE COMPANY, INC. )
)
)
Defendant. )
)

### CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served, via First Class Mail and the Southern District's Electronic Filing System (ECF), Plaintiff's Notice of Motion; the Declaration of Derek M. Zisser with Exhibits; Plaintiff's Local Civil Rule 56.1 Statement; and Plaintiff's Memorandum of Law on:

Seyfarth Shaw, LLP          Morris James, LLP
620 Eighth Avenue           P.O. Box 2306
New York, New York 10018    Wilmington, DE 19899-2306

Attn: Richard Resnik, Esq.  Attn: P. Clarkson Collins, Esq.

Dated: July 20, 2012

Derek M. Zisser (DZ 1984)

Docket No 09-CV 2980 ALC KNF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

G INVESTORS HOLDING LLC as successors in interest to STEPHEN CARB AS TRUSTEE OF LOLLYTOGS, INC. TRUST

                                                    Plaintiff,

-against-

LINCOLN BENEFIT LIFE COMPANY, INC.,

                                                    Defendant.

---

CERTIFICATE OF SERVICE

---

*Weg and Myers, P.C.*
Attorney for Plaintiff

Office and Post office Address, Telephone
Federal plaza
52 Duane Street
NEW YORK, NEW YORK 10007
(212) 227-4210