09-103.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G INVESTORS HOLDING LLC as successors in interest to STEPHEN CARB AS TRUSTEE OF LOLLYTOGS, INC. TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>LINCOLN BENEFIT LIFE COMPANY, INC.<br><br>Defendant. | 09 CIV 2980 ALC KNF |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served, via First Class Mail and the Southern District's Electronic Filing System (ECF) Plaintiff's Memorandum of Law, the Affidavit of Joshua L. Mallin, the Affidavit of Isaac Gindi, the Affidavit of Raymond Gindi, and the affidavit of Steven Carb, on:

Seyfarth Shaw, LLP
620 Eighth Avenue
New York, New York 10018

Attn: Richard Resnik, Esq.

Morris James, LLP
P.O. Box 2306
Wilmington, DE 19899-2306

Attn: P. Clarkson Collins, Esq.

Dated: August 9, 2012

Derek M. Zisser (DZ 1984)

Docket No 09-CV 2980 ALC KNF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

G INVESTORS HOLDING LLC as successors in interest to STEPHEN CARB AS TRUSTEE OF LOLLYTOGS, INC. TRUST

                Plaintiff,

-against-

LINCOLN BENEFIT LIFE COMPANY, INC.,

                Defendant.

CERTIFICATE OF SERVICE

***Weg and Myers, P.C.***
Attorney for Plaintiff

Office and Post office Address, Telephone
Federal plaza
52 Duane Street
NEW YORK, NEW YORK 10007
(212) 227-4210