UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

G INVESTORS HOLDING LLC, as
successors in interest to STEPHEN CARB
AS TRUSTEE OF LOLLYTOGS, INC.
TRUST,

            Plaintiff,

   -against-

LINCOLN BENEFIT LIFE COMPANY,
INC.,

            Defendant.

-------------------------------------------------------- X

Case No. 09-CV-2980 (RMB) (KNF)

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Elizabeth D. Schrero, Esq., a partner of the law firm of Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for defendant Lincoln Benefit Life Company Inc. in the above-captioned matter.  Ms. Schrero hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York
       October 3, 2012

SEYFARTH SHAW LLP

By: */s/ Elizabeth D. Schrero*
    Elizabeth D. Schrero (ES-3351)
    eschrero@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

Attorneys for Defendant

**CERTIFICATION OF SERVICE**

I hereby certify that on October 3, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the all counsels of record.

s/Elizabeth D. Schrero
Elizabeth D. Schrero