```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-10-12
```

CARTER, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
IN THE MATTER OF AN APPLICATION TO BRING : No. 09-CV 2980 (ALC) (KNF)
AN ELECTRONIC DEVICE(S) :
INTO THE DANIEL PATRICK MOYNIHAN : Order No. _____
UNITED STATES COURTHOUSE :
FOR USE IN A TRIAL OR PROCEEDING :
                                                   :
-------------------------------------------------- x

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled *G Investors Holdings, LLC, as successor in interest to Stephen Carb as Trustee of Lollytogs, Inc. Trust against Lincoln Benefit Life Company, Inc.*, No. 09-CV 2980 (ALC) (KNF), which is anticipated to begin on October 29, 2012 and conclude after one week.

| | **Attorney** | **Device(s)** |
|---|---|---|
| 1. | Elizabeth Schrero | Laptop/notebook (1) |
| 2 | Jay Cho | Laptop/notebook (1) |
| 3. | Richard Resnik | Laptop/notebook/iPad (1) |
| 4. | TrialGraphix Consultant (to be identified within one week of trial. | Laptop/notebook (2), 17" LCD Monitors (4), large screen (1), projector (1), digital visual presenter (1), 6-way distribution amplifier (1) - To be installed in courtroom |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated: October 10, 2012

_____
United States Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

(The provisions of page 2 are an integral part of this order.)

14897871v.1

-2-

## ADDITIONAL PROVISIONS

1. The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2. GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3. Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4. No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.

14897871v.1