UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| G INVESTORS HOLDING LLC, as successors in interest to STEPHEN CARB AS TRUSTEE OF LOLLYTOGS, INC. TRUST, | : : : | 09-CV-2980 (RMB) (KNF) |
| Plaintiff, | : : : | **NOTICE OF APPEARANCE** |
| v. | : : | |
| LINCOLN BENEFIT LIFE COMPANY, INC., | : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Sarah Izfar, Esq., an associate of the law firm of Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for defendant Lincoln Benefit Life Company Inc. in the above-captioned matter. Ms. Izfar hereby certifies that she is admitted to practice in this Court.

Dated: New York, NY
       October 10, 2012

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ Sarah Izfar
    Sarah Izfar (SI-0601)
    sizfar@seyfarth.com
    620 Eighth Avenue
    New York, New York 10018
    Phone: (212) 218-5500
    Fax: (212) 218-5526
    *Attorneys for Defendant*

14912670v.1

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 10, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the all counsels of record.

s/Sarah Izfar      
Sarah Izfar

14912670v.1