09-103.01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of New York
---------------------------------------- x
G INVESTORS HOLDING LLC as successors in
interest to STEPHEN CARB AS TRUSTEE OF
LOLLYTOGS, INC. TRUST,

                                                                  09-CV-2980 (ALC)

        Plaintiff,
vs.

LINCOLN BENEFIT LIFE COMPANY INC.,

        Defendant.
---------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for G INVESTORS HOLDING LLC states that there is no parent corporation or any publicly-held corporation that owns 0 % or more of stock.

Dated:

Dated: New York, New York
       October 16, 2012

                                   WEG AND MYERS, P.C.,
                                   *Attorneys for Plaintiff*

                                   By:   /s Derek M. Zisser
                                         Dennis T. D'Antonio (DD 0973)
                                         Derek M. Zisser (DZ 1984)
                                 52 Duane Street
                                 New York, New York 10007
                                 Tel:   (212) 227-4210
                                 Fax:  (212) 349-6702