**MEMO ENDORSED**

# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5255

Writer's e-mail
jwcho@seyfarth.com

October 17, 2012

**VIA EMAIL**

United States District Judge Andrew J. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-18-12

Re: G Investors Holding LLC v. Lincoln Benefit Life Company Inc.
(USDC, SDNY, No. 09-cv-02980)

Dear Judge Carter:

This firm represents Lincoln Benefit Life Company Inc. ("Lincoln") in the above-referenced action. On behalf of both parties, we write to respectfully request that the Court modify its Scheduling Order issued on October 3, 2012 pertaining to the filing of various pretrial submissions, including the Amended Joint Pretrial Order, Proposed Jury Instructions, Verdict Sheets and Voir Dire Questions (collectively, the "Amended Pretrial Submissions"), currently due on October 18, 2012. The parties jointly request that they be permitted to file the Amended Pretrial Submissions on October 23, 2012 to allow them ample opportunity to meet and confer prior to filing. This is the parties' first request for an adjournment relating to the Amended Pretrial Submissions.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

Jay W. Cho

cc: Derek M. Zisser, Esq. (by email)

**SO ORDERED:**

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE 10-18-12

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK