UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

G. Investors Holdings, LLC,

                                                                                     **Notice of Conference**

                Plaintiff,                                                          09-CV-2980 (ALC)(KNF)

                -against-

Lincoln Benefit Life Company,

                Defendants.
----------------------------------------------------------X

       A **FINAL PRE-TRIAL CONFERENCE** is scheduled for **October 24, 2012 at 10:00 a.m.** in Courtroom 11D located on the 11th Floor at 500 Pearl Street, New York, New York.

*Counsel is directed to appear for the conference in person and report to the Courtroom upon arrival to the Courthouse.*

       SO ORDERED.

Dated: New York, New York
       October 18, 2012

                                                                      _____
                                                                      ANDREW L. CARTER, JR.
                                                                      UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-18-12