UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

G. Investors Holdings, LLC,

                               Plaintiff,

                       -against-

**Lincoln Benefit Life Company,**

                              Defendants.
----------------------------------------------------------X

**Notice of Conference**

09-CV-2980 (ALC)(KNF)

        Today's **FINAL PRE-TRIAL CONFERENCE** will take place at **4:00 p.m.** in Courtroom 11D located on the 11th Floor at 500 Pearl Street, New York, New York. *Counsel is directed to appear for the conference in person and report to the Courtroom upon arrival to the Courthouse.*

        SO ORDERED.

Dated: New York, New York
          October 24, 2012

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-24-12